AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:26-MJ-137 |
| | ) | |
| Kevin Estrada-Madrid | ) | |
| | ) | |
| *Defendant(s)* | | |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

JUL 2 1 2026

**CLERK, U.S. DISTRICT COURT**
By _____
**Deputy**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 19, 2026_____ in the county of _____Potter_____ in the _____Northern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) | Possession with Intent to Distribute of 500 Grams or More of Cocaine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose Barron, DEA TFO
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __7/21/26__

_____
*Judge's signature*

City and state:  _____Amarillo, Texas_____

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:26-MJ-137

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jose Barron, being sworn, depose and state as follows:

1)      I am a Task Force Officer (TFO) assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been employed with the Potter County Sheriff's Office for twelve years. I have been assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer. As part of my duties as a TFO, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(I).

2)      This affidavit is made in support of a complaint and arrest warrant for Kevin ESTRADA-Madrid. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3)      On July 19, 2026, an Amarillo Police Department (APD) Officer conducted a traffic stop of a 2023 blue GMC Sierra driven by Kevin ESTRADA-Madrid for failing to signal turn, which is a violation of Texas Traffic Code.  APD detained ESTRADA and transported him to the Amarillo Police Department for further investigation.

4)      Before an interview, DEA Task Force Officer Jose Barron read ESTRADA his *Miranda* warnings.  ESTRADA waived his rights and agreed to speak with officers. During the interview, ESTRADA admitted that he had possessed and distributed over ten (10) kilograms of cocaine. ESTRADA also stated during this time he was making anywhere between $1,000 to $5,000 for the distribution of the cocaine in his possession.

5)      Upon further investigation, DEA Amarillo Resident Office, with the assistance of Potter County Sheriff's Office, conducted surveillance on a residence located at 2801 North Grand Street where ESTRADA was known to live or frequently visit. Deputies with Potter County observed a vehicle pulling into the driveway of the apartment. Minutes later the vehicle left. A Potter County Marked Unit conducted a traffic stop of the vehicle, a black 2020 Volkswagen Atlas bearing Texas license plate WTD9580, for making a wide turn on to North Grand, which is a violation of Texas Traffic Code.

6)      The driver of the vehicle consented to a search of both the driver's vehicle and the residence.  Both the driver and ESTRADA were living at the residence.  During a consent

search, Officers found two rectangle bundles of suspected cocaine at the residence.  The bundles were covered with aluminum and plastic wrap and had a gross weight of approximately 2,542 grams. One of the bundles was tested, giving a positive test for the presence of cocaine. This amount is consistent with distribution, as opposed to personal use.  Officers also found was approximately 25,000 of U.S. Currency inside the vehicle. During the investigation it was found the two bundles of contraband and the U.S. currency belong to ESTRADA.

Jose Barron
DEA Task Force Officer

Sworn to before me, and subscribed in my presence    Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 31st day of _____ July _____, 2026.

_____ 7/21/26 _____    at _____ Amarillo, TX _____
Date                                                City and State

Lee Ann Reno U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

Anna Marie Bell
Assistant U.S. Attorney